## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KINGERY PRINTING COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 3:24-cv-2328-SPM |
| | ) | |
| vs. | ) | |
| | ) | |
| THE LAMPO GROUP, LLC a/k/a RAMSEY SOLUTIONS, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for The Lampo Group, LLC a/k/a Ramsey Solutions.

Dated:  October 23, 2024        Respectfully submitted,


                                By: /s/ *Spenser B. Jaenichen*
                                Spenser B. Jaenichen
                                **MORGAN, LEWIS & BOCKIUS LLP**
                                110 North Wacker Drive, Suite 2800
                                Chicago, IL 60606-1511
                                Phone: 312.324.1000
                                Fax:    312.324.1001
                                spenser.jaenichen@morganlewis.com

                                *Counsel for Defendant The Lampo Group, LLC a/k/a Ramsey Solutions*

2

## **CERTIFICATE OF SERVICE**

I, Spenser B. Jaenichen, an attorney, certify that a copy of the foregoing document was electronically filed on October 23, 2023, and will be served electronically via the Court's ECF Notice system upon the registered parties of record.

*/s/ Spenser B. Jaenichen*
Spenser B. Jaenichen