**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| KINGERY PRINTING COMPANY,       ) | |
| ) | |
| Plaintiff,       ) | Case No.: 3:24-cv-2328-SPM |
| ) | |
| vs.       ) | Honorable Judge Stephen P. McGlynn |
| ) | |
| THE LAMPO GROUP, LLC a/k/a RAMSEY SOLUTIONS,       ) | |
| ) | |
| Defendant.       ) | |

**STIPULATION FOR DISMISSAL**

It is hereby stipulated and agreed by and between the Plaintiff, KINGERY PRINTING COMPANY, by and through its attorney, Chad E. Chojnicki of McDevitt, Osteen, Chojnicki & Deters, LLC, and the Defendant, THE LAMPO GROUP, LLC a/k/a RAMSEY SOLUTIONS, by and through its attorney, Scott T. Schutte of Morgan, Lewis & Bockus LLP, and that the claims against the Defendant be dismissed with prejudice and in bar of action on account of settlement thereof, each party to pay their own attorney fees and costs incurred.

Respectfully submitted,

| | |
|---|---|
| KINGERY PRINTING COMPANY, | THE LAMPO GROUP, LLC a/k/a RAMSEY SOLUTIONS |
| Plaintiff | Defendant |
| | |
| By: */s/ Chad E. Chojnicki* | By: */s/ Scott T. Schutte* |
| Chad E. Chojnicki of | Scott T. Schutte of |
| McDevitt, Osteen, Chojnicki & Deters, LLC | Morgan, Lewis & Bockius LLP |
| 127 West Jefferson Avenue | 110 North Wacker Dr, Suite 2800 |
| P.O. Box 507 | Chicago, IL 60606-1511 |
| Effingham, IL  62401 | (312)324-1000 |
| (217)342-8060 | scott.schutte@morganlewis.com |
| chad@mocdlaw.com | |