IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KINGERY PRINTING COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> THE LAMPO GROUP, LLC a/k/a RAMSEY SOLUTIONS, <br><br> Defendant. | Case No. 24-CV-02328-SPM |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of March 19, 2025 (Doc. 20), this matter is **DISMISSED with prejudice** with each party to bear their own attorney fees and costs.

**DATED: March 19, 2025**

                                            MONICA A. STUMP,
                                            Clerk of Court


                                        By: *s/ Jackie Muckensturm*
                                                Deputy Clerk


**APPROVED:** *s/ Stephen P. Mc*Glynn
                    STEPHEN P. MCGLYNN
                      U.S. District Judge